UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
*AT* LOUISVILLE
NO.  3:19.CV.348.CHB

JASON COMPTON                                                             PLAINTIFF

V.                      **MOTION TO STAY  PROCEEDINGS**

LOUISVILLE METROPOLITAN GOVERMENT,  ET AL.         DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\*

       Comes Jason Compton, by and through counsel, and hereby moves this Court to enter an Order staying the proceedings herein until the criminal trial, involving Plaintiff, in the Jefferson County District Court, is completed.

       In support of said Motion Compton states as follows:

1.      That he is charged with a Class Misdemeanor in case no. 18.M.6321 in the Jefferson County District Court. The matter is scheduled  for  a trial by jury on 16 October 2019.

2.      Because of the unwarranted and unconstitutional activities of L.M.P.D. Officer Wonka this action was filed to redress the violation of the Plaintiff's constitutional rights and to further redress the assault, battery and unwarranted arrest that has resulted in the District Court matter.

3.      This litigation was filed just before the statute of limitations with regard to many of the Plaintiff's federal and state claims would have brung.

4.      That in order to properly manage this docket and to bring about judicial economy a stay of these proceedings is sought until the state Court matter is

completed. See <u>United States</u> v. <u>Sloan</u> 969 F.Supp.2d 830 (e.d. Ky 2013) and <u>Mielm@ls</u> v. Garrett, 90 F.Supp. 3d 637 (6 Cir. 1982)

5. This Court has inherent authority to manage its docket and enter a stay when such would be appropriate, yet consistent with the due process rights of both parties and would result in judicial economy.

6. This Motion is made in good faith, is not made for the purposes of seeking any ·unwarranted delay and is quite appropriate under these circumstances.

        Respectfully submitted,

<u>/S/ Timothy Denison</u>
TIMOTHY DENISON
Attorney for Plaintiff
235 S. Fifth Street, 3rd Floor
Louisville, KY 40202.3226
Phone: 502.589.6916
Fax: 502.568.6919
timothydenison@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by CM/ECF upon all parties entitled to service herein.

        <u>/s/ Timothy Denison</u>
        TIMOTHY DENISON