UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO. 3:19.CV.348.CHB

JASON COMPTON                                            PLAINTIFF

V.                                **ORDER**

LOUISVILLE METROPOLITAN GOVERMENT, ET AL.          DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\*

On Motion of Plaintiff, Jason Compton, to amend his Complaint herein and the Court being fully advised and having provided all appropriate consideration;

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint is hereby allowed filed.

_____
JUDGE, U.S. DISTRICT COURT

DATE:_____