**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**NO. 3:19-CV-348-CHB**

JASON COMPTON                                                              **PLAINTIFF**

v.           **RESPONSE TO PLAINTIFF'S MOTION TO STAY**

**(electronically filed)**

**LOUISVILLE METROPOLITAN GOVERNMENT,** *et al.*           **DEFENDANTS**

\* \* \* \* \* \* \*

       Come Defendants, by counsel, and in response to Plaintiff's Motion to Stay the proceedings pending resolution of his criminal action, states as follows:

       Defendants have no objection to the stay so long as Defendants are not required to file a responsive pleading to the Amended Complaint until such time as the stay is lifted. A proposed order is attached.

                                                             Respectfully submitted,

                                                              MICHAEL J. O'CONNELL
                                                              JEFFERSON COUNTY ATTORNEY

                                                               /s/ *Susan K. Rivera*
                                                              SUSAN K. RIVERA
                                                              Assistant Jefferson County Attorney
                                                              531 Court Place, Suite 900
                                                              Louisville, Kentucky 40202
                                                             Phone (502) 574-3076
                                                             Fax (502) 574-4215
                                                             Susan.rivera@louisvilleky.gov
                                                             *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on October 1, 2019, the foregoing was electronically filed with the clerk of the court by using the ECF system which will send an electronic copy to all counsel of record.

    /s/ *Susan K. Rivera*
Susan K. Rivera