**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**NO. 3:19-CV-348-CHB**

| | |
|---|---|
| **JASON COMPTON** | **PLAINTIFF** |
| v. **ORDER** | |
| **LOUISVILLE METROPOLITAN GOVERNMENT,** *et al.* | **DEFENDANTS** |

\* \* \* \* \* \* \*

On Motion of Plaintiff, Jason Compton, to stay this civil action pending resolution of his criminal action and this Court being fully advised;

**IT IS HEREBY ORDERED** that this matter is stayed pending resolution of Plaintiff's criminal proceedings; and

**IT IS FURTHER ORDERED** that Defendants shall not be required to file responsive pleadings to the Amended Complaint until such time as the stay is lifted. The time for filing of responsive pleadings shall begin to run from the date that the stay is lifted.