UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JASON COMPTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOUISVILLE METROPOLITAN ) <br> GOVERNMENT, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 3:19-CV-348-CHB <br><br> **ORDER REQUESTING STATUS REPORT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On October 3, 2019, this matter was stayed pending the outcome of proceedings in a state court matter [R. 10]. The Court desiring to ascertain the present status of the state court matter,

**IT IS ORDERED** as follows:

1. The Plaintiff shall file a Status Report within fourteen (14) days from the date of entry of this Order.

This the 4th day of December, 2020.

*CLARIA HORN BOOM,*
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record

- 1 -