# UNITED STATES OF AMERICA
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# NO. 3:19-cv-00348-CHB

JASON COMPTON                                                                   PLAINTIFF

v.                              **STATUS REPORT**

LOUISVILLE METROPOLITAN GOVERNMENT, ET AL.
                                                                   DEFENDANTS

Comes the Plaintiff, JASON COMPTON, by counsel, and for his compliance with the Court's Order of December 4, 2020, states as follows:

1. That the underlying litigation in the Jefferson District Court was dismissed and resolved in Plaintiff's favor.

2. That the moratorium and abeyance previously entered herein should be terminated and the case returned to the active status docket.

3. That a telephonic pre-trial conference should be set to establish all future deadlines and discovery dates for compliance.

4. For entry of any and all other orders that the Court deems appropriate for the timely proceeding and resolution in this case.

1

Respectfully submitted,

/s/ Timothy Denison
TIMOTHY DENISON
Counsel for Plaintiff
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202-3226
(502) 589-6916; (FAX) 568-6919
timothydenison@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served by CM/ECF mail on this 17th day of December, 2020.

/s/ Timothy Denison
TIMOTHY DENISON