UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JASON COMPTON, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 3:19-CV-348-CHB |
| v. | ) ) | **ORDER LIFTING STAY** |
| LOUISVILLE METROPOLITAN GOVERNMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On October 3, 2019, this matter was stayed pending the outcome of proceedings in state court [R. 10]. On December 4, 2020, the Court requested a Status Report as to the status of those proceedings [R. 11]. On December 12, 2020, the Plaintiff filed a Status Report advising the Court that the underlying litigation in the state court has been dismissed and resolved, and that the matter should be returned to the active docket [R. 12]. Accordingly,

**IT IS ORDERED** as follows:

1. The stay of this matter entered on October 3, 2019 [R. 10] is **LIFTED**.

2. The Clerk of Court is **DIRECTED to re-docket** Defendants' Motion to Dismiss Plaintiff's Complaint [R. 4] and Plaintiff's Motion to Amend Complaint [R. 5] as of the date of entry of this Order. Normal response and reply deadlines shall flow from the date of entry.

This the 18th day of December, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record
     Magistrate Judge Lindsay's Case Manager

1