UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO.  5:19.CV.348.CHB

JASON COMPTON                                                                             PLAINTIFF

V.                       **MOTION TO AMEND COMPLAINT**

LOUISVILLE METROPOLITAN GOVERMENT, ET AL.           DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\*

       Comes Jason Compton, by and through counsel, pursuant to F.R.C.P. 15(a)(2), and moves this Court to enter an Order providing for the amendment of his Complaint.

       In support of said Motion Plaintiff states as follows:

       That on 08 May 2019 Plaintiff filed Complaint based upon the wrongful arrest, detention and assault by LMPD Officer Wonka.

       The Complaint contains three (3) claims for relief and makes demands for both compensatory and punitive damages.

       Plaintiff has tendered an Amended Complaint, setting out the same claims, and its purpose is to bring about improved compliance with F.R.C.P. 8(a)(2).

       The Amended Complaint contains only claims that arose out of the same conduct and occurrence set out in the original Complaint.

       That Motions to amend are generally viewed favorably by courts and leave to amend should be fairly given.  Foman v. Davis 371 U.S. 178 (1962); Gillespie v. U.S. Steel

379 U.S. 148 (1964); Troxell v. Schwinn 489 F.2nd 968 (6th Circuit 1973), cert. denied 416 U.S. 939 (1974).

This Motion is made in good faith.

This Motion will not result in any inappropriate delay.

This Motion, which is filed very early in this litigation, will not unfairly prejudice Defendants.  Tefft v. Swarn 698 F 2d 637 (6th Circuit 1982)

Typically, Plaintiff's are not precluded from amending a Complaint in   order to state a claim upon which relief may be granted.  See V.6 Wright & Miller §1487.  There are no exceptions to such consideration herein.

That Justice requires the filing of this Amended Complaint.

                                       Respectfully submitted,

                                       /s/Timothy Denison
                                       TIMOTHY DENISON
                                       Attorney for Plaintiff
                                       235 S. Fifth Street, 3rd Floor
                                       Louisville, KY  40202.3226
                                       Phone:  502.589.6916
                                       Fax:  502.568.6919
                                       timothydenison@aol.com