UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO.  3:19.CV.348.CHB

JASON COMPTON                                                                 PLAINTIFF

V.          **VERIFIED AMENDED COMPLAINT**

LOUISVILLE METROPOLITAN GOVERMENT, ET AL.          DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\*

Comes Jason Compton, in person,, by and through counsel, and for his Verified Amended Complaint states as follows:

## PARTIES

1. Plaintiff reiterates, realleges and incorporates the allegations contained the original Complaint.[1]

## JURISTICTION

2. Plaintiff reiterates, realleges and incorporates the allegations contain in the original Complaint.

## MATERIAL FACTS

3. Plaintiff reiterates, realleges and incorporates the allegation contained in the original Complaint.

---

[1] In all references to the original Verified Complaint, paragraph twenty- one (21) the number "209" is hereby corrected to "20".

4.      While on Plaintiff's property, after Plaintiff advised Defendant Wonka that it was his wife, Kristina N. Compton, involved in the traffic stop, and further inquiring as to the nature of the police stop, Plaintiff advised Defendant Wonka of his name.  Plaintiff then advised the officer that he was returning to the inside of his home.

5.      Defendant Wonka objected to same and, while acting under his police authority, and using more force than was necessary, violently threw the Plaintiff to the ground causing him harm.

6.      That Defendant Wonka while acting under his police authority, then handcuffed Plaintiff, while acting under his police authority, arrested Plaintiff and charged him with obstructing governmental operations, a class A misdemeanor.

7.      Plaintiff's case was assigned case number 18.M.006321, in the Jefferson County District Court.

8.      Plaintiff is scheduled for trial on 16 October 2019.

9.      That Kristina N. Compton was charged with no/expired registration plates and with failure to maintain automotive insurance, first offense.

10.     That the citation to Kristina N. Compton was assigned case number 18.T.018436 in the Jefferson County District Court.

11.     On 19 June 2018 both charges involving Kristina N. Compton were dismissed, with probable cause being stipulated.

## COUNT ONE (1)
## WRONGFUL ARREST AND UNLAWFUL IMPRISONMENT

12. Plaintiff reiterates, realleges and incorporates the allegations contained in the original Complaint and Paragraphs three (3) through eleven (11) herein.

13. That Plaintiff did not impede Defendant Wonka, in any way, in the carrying out of his policy duties.

14. That Plaintiff did not place Defendant Wonka in any reasonable apprehension of his own immediate safety.

15. Defendant Wonka's actions were based upon an established custom, practice or policy established by LMPD and said custom, practice or policy was the moving force for the wrongful arrest and unlawful imprisonment.

16. That Defendant Wonka intended to confine Plaintiff against his will.

17. That Defendant Wonka acted with deliberate indifference to Plaintiff's constitutionally protected rights, including his liberty interests and right to substantive due process.

### COUNT TWO (2)
### ASSAULT AND BATTERY

18. Plaintiff reiterates, realleges and incorporates the allegations contained in the original Complaint and allegations contained in Paragraphs three (3) through eleven (11) herein.

19. That the aforementioned offensive touching and harm were intentionally done, without the authority or privilege to do so.

20. That Defendant Wonka, in arresting and assaulting Plaintiff, acted in an intentional and reckless manner.

21. The assault and battery, committed by Defendant Wonka constituted outrageous conduct and further resulted in the intentional infliction of emotional distress upon Plaintiff.  Because of these actions by Defendant Wonka Plaintiff has been physically harmed and suffered severe emotional trauma, harm and distress.

### COUNT THREE (3)
### NEGLIGENT HIRING AND DETENTION

22. Plaintiff reiterates, realleges and incorporates the allegation contained in the original Complaint and the allegations contained in paragraph's there (3) through eleven (11) herein.

23. Defendant Metro has a duty to use reasonable judgment in selecting its employees for L.M.P.D. to perform their operations.

24. Defendant Metro had a further duty to properly train and supervise its employees, with respect to all aspects of police training, which will be performed in carrying out public safety in Jefferson County.

25. Defendant Metro had a further duty to retain only competent, qualified and safe employees.

26. Defendant Metro breached those duties and/or allowed police custom or policy to allow the wrongful arrest, false imprisonment and excessive force to be allowed herein.

## COUNT FOUR (4)
## PUNATIVE DAMAGES

27. Plaintiff reiterates, realleges and incorporates the allegations contained in the original Complaint and paragraphs three (3) through twenty-six (26) herein.

Respectfully submitted,

/s/ Timothy Denison_____
TIMOTHY DENISON
Attorney for Plaintiff
235 S. Fifth Street, 3rd Floor
Louisville, KY  40202.3226
Phone:  502.589.6916
Fax:  502.568.6919
timothydenison@aol.com

## VERIFICATON

I have read the foregoing Verified Amended Complaint and it is true to the best of my knowledge and belief.

/s/ Jason Compton_____
JASON COMPTON


The foregoing instrument was acknowledged by his identity being verified, before me to be his voluntary act and deed and that the statement made is true and accurate to the best of his knowledge.

COMMONWEALTH OF KENTUCKY
COUNTY OF JEFFERSON

My commission expires:    7/28/2011

/s/Timothy Denison_____
NOTARY PUBLIC, SAL. KENTUCKY