**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**NO. 3:19-CV-348-CHB**

**JASON COMPTON**                                                                       **PLAINTIFF**

**v.**   **RESPONSE TO PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT**

**(electronically filed)**

**LOUISVILLE METROPOLITAN GOVERNMENT,** *et al.*        **DEFENDANTS**

**\* \* \* \* \* \* \***

Come Defendants, by counsel, and in response to Plaintiff's Motion to Amend his Complaint state that they object to the filing of an Amended Complaint. As grounds for the objection, Defendants state that their original Motion to Dismiss was filed on July 29, 2019. On September 20, 2019, a month after the time to respond to the Motion to Dismiss had passed, Plaintiff filed his Motion to Amend Complaint. Defendants state that their Motion to Dismiss should be ruled on before Plaintiff's request may be considered as his failure to respond to the Motion to Dismiss is grounds for granting said Motion. Furthermore, the Amended Complaint fails to cure the defects as they relate to claims against Metro Government.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY


/s/ *Susan K. Rivera*
SUSAN K. RIVERA
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
Phone (502) 574-3076
Fax (502) 574-4215
Susan.rivera@louisvilleky.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that on December 29, 2020, the foregoing was electronically filed with the clerk of the court by using the ECF system which will send an electronic copy to all counsel of record.

/s/ *Susan K. Rivera*
Susan K. Rivera