# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION
#### CIVIL ACTION NO. 3:19-CV-00348-CHB-CHL

JASON COMPTON,                                                    **Plaintiff,**

**v.**

**LOUISVILLE METROPOLITAN GOVERNMENT, et al.,**          **Defendants.**

## ORDER

Before the Court is the Parties' Joint Status Report. (DN 29.) They indicated that they have agreed to a sixty-day extension of "discovery deadlines" and to keep the current *Daubert*/dispositive motion deadline in place. (*Id.*) They also indicated that they have begun to discuss settlement amongst themselves. (*Id.*) The current deadlines for expert disclosures and discovery do not begin to run until June 1, 2022. (DN 26.) If the Court extended all deadlines except the *Daubert*/dispositive motion deadline by sixty-days, expert discovery would close the day before *Daubert* motions were due. As this leaves insufficient time to prepare a *Daubert* motion and the Parties indicated that deadline could remain unchanged, the Court will presume that the Parties meant they had agreed to a sixty-day extension of the fact discovery deadline only. If the Parties desire an extension of any additional deadlines, they may file a joint motion to that effect. The Court will also direct the Parties to file a joint status report regarding their settlement negotiations and whether they request any assistance from the undersigned as set forth below.

Accordingly,

IT IS HEREBY ORDERED that the Parties shall complete all fact discovery on or before **May 31, 2022**.

IT IS FURTHER ORDERED that on or before **April 19, 2022**, the Parties shall file a joint status report regarding their settlement negotiations and whether they request either *ex parte* calls regarding settlement with the undersigned or that a settlement conference be scheduled.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

March 21, 2022