UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JASON COMPTON                                    )
                                                 )
                        Plaintiff                )
                                                 )
v.                                               )          NO. 3:19-CV-348-CHB-CHL
                                                 )
RAYMOND WONKA                                    )
                                                 )
                        Defendant                )

*ELECTRONICALLY FILED*

## JOINT STATUS REPORT

Come now the Plaintiff and Defendant, jointly, by their respective counsel, and pursuant to the Court's request for the filing of a joint status report in DN 31, hereby provide the following information as to the case status:

1.      The parties have agreed upon the terms of settlement and are in the process of finalizing the settlement documents.

2.      The parties will file an Agreed Order of Dismissal once the settlement documents are finalized.

Respectfully Submitted by,

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ *Susan K. Rivera*
Susan K. Rivera
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
PHONE: (502) 574-3076
FAX: (502) 574-5573
EMAIL: susan.rivera@louisvilleky.gov
*COUNSEL FOR DEFENDANT*

And

/s/ Timothy Denison, *by permission*
Timothy Denison
235 S. Fifth Street, 3rd Floor
Louisville, KY 40202
Email: timothydenison@aol.com
*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned filed the above on July 15, 2022 using the Court's

CM/ECF system which will send copies to the counsel of record.

/s/ *Susan K. Rivera*
*Counsel for Defendant*