UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JASON COMPTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:19-CV-348-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL OF** |
| LOUISVILLE METROPOLITAN ) | **DEFENDANT RAYMOND WONKA** |
| GOVERNMENT, et al., ) | **WITHOUT PREJUDICE** |
| ) | |
| Defendants. ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Court having been advised by Plaintiff Jason Compton ("Plaintiff") and Defendant Raymond Wonka ("Wonka") that a settlement has been reached as to Plaintiff's claims against Wonka [R. 32],

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims in this action against Wonka are **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff and Wonka **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing Plaintiff's claims against Wonka, with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to return Wonka as a pending Defendant in this action upon application to this Court.

3. All claims having been resolved, *see* [R. 20], this matter is **DISMISSED** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 18th day of July, 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record