UNITED STATES DISTRICT COURT<br>
FOR THE<br>
WESTERN DISTRICT OF KENTUCKY<br>
AT LOUISVILLE<br>
3:19-cv-00348-CHB-CHL

JASON COMPTON                                                                    PLAINTIFF

## CERTIFICATE OF SERVICE

LOUISVILLE METROPOLITAN GOVERNMENT, ET AL.,       DEFENDANTS

* * * * *

The parties have conferred pursuant to the Court's May 16, 2023, Order and will be present in person for the settlement conference on June 12, 2023, at 10:00 a.m. Counsel for Plaintiff, TIMOTHY DENISON, hereby certifies to the Court that he has served a copy of the Court's Order of May 16, 2023, upon the Debtor by mailing a true copy to same by first class mail, postage prepaid, at: Jason Compton, 1002 Weymouth Court, Louisville Kentucky 40222, and by electronic mail to Jason Compton (jcompton1214@yahoo.com) on the 23rd day of May, 2023.

                                                           Respectfully Submitted,

                                                           /s/ Timothy Denison_____
                                                           TIMOTHY DENISON
                                                           Counsel for Plaintiff
                                                           235 South Fifth Street, Suite 300
                                                           Louisville, Kentucky 40202-3226
                                                           (502) 589-6916; (FAX) 568-6919
                                                           timothydenison@aol.com

CERTIFICATE OF MAILING

      This is to certify that on this 23rd day of May, 2023 a copy of the foregoing Certificate of Service was served by CM/ECF upon all persons entitled to receive service in this case.

                                                                    /s/ Timothy Denison_____
                                                                    Timothy Denison