UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JASON COMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:19-CV-348-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| LOUISVILLE METROPOLITAN | ) | **ORDER DISCHARGING SHOW** |
| GOVERNMENT, *et al.* | ) | **CAUSE ORDER AND** |
| | ) | **DISMISSING CASE WITH** |
| Defendants. | ) | **PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court has received and reviewed the parties' Agreed Order Dismissing as Settled [R. 47]. The Court previously issued a Show Cause Order requiring the parties to explain their failure to file a stipulation of dismissal [R. 46]. The Court having reviewed the Agreed Order, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court's Show Cause Order [**R. 46**] is hereby **DISCHARGED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is **DISMISSED WITH PREJUDICE** as to all Defendants. All dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 8th day of August 2023.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record

1